UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OKEZIE I. ONYEANUSI | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 08-01172 (PLF) |
| DISTRICT OF COLUMBIA | : | |
| Defendant | : | |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendant District of Columbia moves for an extension of time, up to and including October 1, 2008, to respond to the complaint in this matter. The grounds for this motion are more fully set forth in the attached memorandum of points and authorities.

Pursuant to Local Rule 7(m), undersigned counsel has spoken with counsel for plaintiff who agrees to the relief requested herein.

Dated: August 25, 2008

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

*/s/ Sarah L. Knapp*
SARAH L. KNAPP [470008]
Assistant Attorney General

         441 Fourth Street, N.W., 6th Floor
         Washington, D.C. 20001
         (202) 724- 6528
         (202) 727-3625 (fax)
         Email:  sarah.knapp@dc.gov

### **CERTIFICATE OF SERVICE**

 I hereby certify that on this 25th day of August 2008, I caused the foregoing DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Boniface K. Cobbina
Counsel for Plaintiff

                 /s/
              SARAH L. KNAPP
              Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OKEZIE I. ONYEANUSI | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 08-01172 (PLF) |
| DISTRICT OF COLUMBIA | : | |
| Defendant | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendant District of Columbia moves for an extension of time, up to and including July 21, 2008, to respond to the complaint in this matter. In support, defendant states as follows:

1. The District of Columbia's response to the complaint in this matter is due on September 3, 2008.

2. Defendant requests an extension to respond to the complaint.

3. Plaintiff agrees to this extension.

4. There have been no other requests for additional time in this matter.

5. The Court has not set any dates in this matter.

6. Thus, granting this short extension will not prejudice any party or inconvenience the Court.

WHEREFORE, defendant District of Columbia requests that this Court grant this Consent Motion for an Extension of Time to Respond to Complaint.

Dated:  August 25, 2008.

    Respectfully submitted,

    PETER J. NICKLES
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    */s/ Toni Michelle Jackson*
    TONI MICHELLE JACKSON [453765]
    Chief, General Litigation Section III

    */s/ Sarah L. Knapp*
    SARAH L. KNAPP [470008]
    Assistant Attorney General
    441 Fourth Street, N.W., 6th Floor
    Washington, D.C. 20001
    (202) 724-6528
    (202) 727-3625 (fax)
    Email:  sarah.knapp@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OKEZIE I. ONYEANUSI | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 08-01172 (PLF) |
| DISTRICT OF COLUMBIA | : | |
| Defendant | : | |

## **ORDER**

Upon consideration of the District of Columbia's Consent Motion for an Extension of Time to Respond to Complaint and the entire record herein, it is this _____ day of August 2008;

**ORDERED** that the District of Columbia's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the District of Columbia shall file a response to the plaintiff's complaint on or before October 1, 2008.

_____
PAUL L. FRIEDMAN
US DISTRICT COURT JUDGE